IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDWARD B. LEWIS

VS.  CV204-50

ALBERTO GONZALES, U.S. ATTORNEY
GENERAL and HARLEY LAPPIN,
DIRECTOR OF FEDERAL BUREAU OF
PRISONS

## ORDER

The appeal in the above-styled action having been dismissed for failure to pay filing fee within time fixed by rules by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 19th day of July, 2005.

Judge, United States District Court
Southern District of Georgia

# United States District Court
## Southern District of Georgia

LEWIS )

vs ) CASE NUMBER CV204-50

GONZALES, ET AL ) DIVISION BRUNSWICK
)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/19/05 , which is part of the official record of this case.

Date of Mailing: 7/19/05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Delora Kennebrew
Edward Lewis, R03917-000, FCI, 2600 Highway 301 S, Jesup, GA 31545

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate